IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11255
Conference Calendar

_____

EMANUEL JOHNSON,

                              Plaintiff-Appellant,

versus

DALLAS POLICE DEP'T,

                              Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CV-2346
- - - - - - - - - -

April 16, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Emanuel Johnson (Texas prisoner # 485380) moves this court
for leave to proceed *in forma pauperis* in his appeal of the
district court's dismissal of his civil rights suit as frivolous.
Because it appears that he has met the applicable criteria for *in
forma pauperis status*, it is GRANTED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Pursuant to the Prison Litigation Reform Act (PLRA), we assess no initial partial filing fee against Johnson. However, Johnson henceforth shall make monthly payments of twenty percent of the preceding months income credited to his account. *See* 28 U.S.C. § 1915(b). The agency having custody of Johnson is directed to forward payments from his prisoner account to the clerk of the district court each time the amount in his account exceeds $10 until the appellate filing fee of $105 is paid. *Id.*

The district court found that Johnson's suit was duplicative of suits Johnson filed previously, and Johnson has not challenged that finding. Johnson's appeal is DISMISSED as frivolous. 5TH CIR. R. 42.2.

Johnson previously has been warned by this court that he may be sanctioned for filing further frivolous pleadings. *See Johnson v. Williams*, No. 96-10869, slip op. at 2 (5th Cir. Dec. 11, 1996). Accordingly, Johnson is barred from filing any *pro se*, *in forma pauperis*, civil appeal in this court, or any *pro se*, *in forma pauperis*, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court or of this court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Johnson, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTION IMPOSED.